UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 25-00388-DFM | Date: | April 29, 2025 |
|---|---|---|---|
| Title | Francis Ohu v. Experian Information Solutions, Inc. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

    On February 28, 2025, Plaintiff Francis Ohu, who is represented by counsel, filed a Complaint against Experian Information Solutions, Inc. See Dkt. 1. On March 11, 2025, Plaintiff filed a Proof of Service, indicating that Defendant was served on March 7, 2025. See Dkt. 7. Defendant's Answer was thus due by March 28, 2025. See Fed. R. Civ. P. 12(a)(1)(A)(i).

    Defendant has not filed an Answer nor otherwise responded to the Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ordered to show cause within twenty-one (21) days why this action should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendant.